UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FRANKIE CANCEL,

                          Plaintiff,

-against-

HOME DEPOT, TIM CROW, MARC D. POWERS,
JOE MCFARLAND, ERIC V. PETERSON,
MARVIN ELLISON and JOHN/JANE DOE(S),

                          Defendants.

----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 3 2010 ★
BROOKLYN OFFICE

**ORDER**
**10 CV 846 (RRM)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated June 11, 2010, plaintiff requests that the Court direct defendants to identify the John/Jane Does referred to in his amended complaint. See docket entry 18. Defendants oppose plaintiff's request, stating plaintiff may request the information he seeks during discovery. See docket entry 19. Defendants have also requested permission to move for dismissal of plaintiff's complaint. See docket entries 9, 12, 17. Plaintiff's request for a Court Order to compel defendants to identify the John/Jane Doe defendants is denied without prejudice. Discovery herein is stayed until the Court rules on defendants' proposed motion to dismiss.

                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated: June 22, 2010
       Brooklyn, New York